

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2017

No. 04-17-00057-CV

**IN THE INTEREST OF K.A., A CHILD**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53616-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating parental rights. The reporter's record was filed on February 27, 2017, and February 28, 2017. The clerk's record was filed on March 2, 2017. Therefore, appellant's brief is due on **March 22, 2017**. *See* TEX. R. APP. P. 38.6(a) (providing that an appellant must file a brief in an accelerated appeal within 20 days after the later of the date the clerk's record or the date the reporter's record was filed).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2017.

_____
Keith E. Hottle
Clerk of Court